UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KAREN JOHNSON HALL | CIVIL ACTION |
| VERSUS | NUMBER: 16-15485 |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | SECTION: "I"(5) |

## ORDER

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the notice of no objection to the Report and Recommendation by counsel for plaintiff, Karen Johnson Hall, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for summary judgment is denied, that Defendant's motion for summary judgment is granted, and that Plaintiff's suit is dismissed with prejudice.

New Orleans, Louisiana, this 1st day of June, 2017.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE